Case 07-73035    Doc 90    Filed 11/26/08    Entered 11/26/08 10:09:02    Desc Main
Document      Page 1 of 2

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES T. ENRIGHT & CLAUDIA J. ENRIGHT  
ISABELA BEACH CT.  
#251  
ISABELA, PR  00662

SSN-xxx-xx-0812 & xxx-xx-4735

Case Number: 07-73035

Case filed on: 12/14/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,307.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | LEGAL HELPERS, PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES T. ENRIGHT | 0.00 | 0.00 | 1,881.34 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,881.34 | 0.00 |
| 001 | AMCORE BANK NA | 0.00 | 1,237.56 | 1,237.56 | 989.40 |
| 002 | DEUTSCHE BANK NATIONAL ASSOCIATION | 13,604.03 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 13,604.03 | 1,237.56 | 1,237.56 | 989.40 |
| 001 | AMCORE BANK NA | 10,659.87 | 3,015.14 | 0.00 | 0.00 |
| 003 | 3ARCH | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN EXPRESS BANK FSB | 14,082.05 | 4,506.26 | 0.00 | 0.00 |
| 005 | AMERICAN EXPRESS BANK FSB | 6,369.53 | 2,038.25 | 0.00 | 0.00 |
| 006 | AMERICAN GENERAL FINANCE | 8,343.92 | 2,670.05 | 0.00 | 0.00 |
| 007 | BANKFIRST | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 16,294.29 | 5,214.17 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 2,935.53 | 939.37 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 1,747.74 | 559.28 | 0.00 | 0.00 |
| 011 | CITI FINANCIAL MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DELL FINANCIAL SERVICES LP | 3,324.49 | 1,063.84 | 0.00 | 0.00 |
| 013 | DELL FINANCIAL SERVICES LP | 1,444.82 | 462.34 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 309.44 | 99.02 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 5,351.05 | 1,712.34 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 3,006.40 | 962.05 | 0.00 | 0.00 |
| 017 | ECMC | 4,105.37 | 0.00 | 0.00 | 0.00 |
| 018 | ECMC | 2,931.56 | 0.00 | 0.00 | 0.00 |
| 019 | ECMC | 3,325.02 | 0.00 | 0.00 | 0.00 |
| 020 | ECMC | 3,500.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECMC | 2,121.01 | 0.00 | 0.00 | 0.00 |
| 022 | EDUCATIONAL CREDIT MANAGEMENT CORP | 15,780.80 | 0.00 | 0.00 | 0.00 |
| 023 | ECMC | 11,375.00 | 0.00 | 0.00 | 0.00 |
| 024 | NELNET LNS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NELNET LNS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NELNET LNS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NELNET LNS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NELNET LNS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NELNET LNS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ECMC | 1,750.00 | 0.00 | 0.00 | 0.00 |
| 031 | SALLIE MAE 3RD PTY LSC | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | SALLIE MAE 3RD PTY LSC | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | SALLIE MAE 3RD PTY LSC | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | SALLIE MAE 3RD PTY LSC | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 334.59 | 107.07 | 0.00 | 0.00 |
| 036 | VISIONS FCU | 4,982.13 | 1,594.28 | 0.00 | 0.00 |
| 037 | TARGET NATIONAL BANK | 242.89 | 77.72 | 0.00 | 0.00 |
| 038 | CITIFINANCIAL | 6,091.02 | 1,949.13 | 0.00 | 0.00 |
| 039 | ECMC | 6,715.13 | 0.00 | 0.00 | 0.00 |
| 040 | ECMC | 741.14 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 137,864.79 | 26,970.31 | 0.00 | 0.00 |
|  | Grand Total: | 151,468.82 | 28,207.87 | 3,118.90 | 989.40 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $4,108.30 |
| Trustee Allowance: | $198.70 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>11/24/2008</u>          By  <u>/s/Heather M. Fagan</u>